NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES R. LaPOINT, DOC #Y53338,       )
                                     )
            Appellant,               )
                                     )
v.                                   )        Case No. 2D18-3284
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____    )

Opinion filed June 14, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Lee County; Joseph C. Fuller, Judge.

James R. LaPoint, pro se.


PER CURIAM.


            Affirmed.


VILLANTI, KHOUZAM, and SALARIO, JJ., Concur.